3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-07698-DOC (AS) | Date | October 17, 2024 |
|---|---|---|---|
| Title | *James Johnson v. Los Angeles County Sheriff Department, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Leah Krivitsky for Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**        **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

      On September 9, 2024, Plaintiff James Johnson filed a complaint pursuant to 42 U.S.C § 1983, accompanied by a request to proceed without prepayment of filing fees. (Dkt. Nos. 1-2). The Court subsequently issued a notice of assignment of this matter which was mailed to Plaintiff's address of record. (Dkt. No. 3). On September 26, 2024, the notice of assignment was returned to the Court as undeliverable. (Dkt. No. 4). On September 27, 2024, the Court issued an order requiring Plaintiff to provide the Court with his current address pursuant to Local Ruler 41-6 within ten days (Dkt. No. 5). Plaintiff was expressly warned that if he failed to respond to the Court's Order, his action may be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute. Id. On October 16, 2024, this Order was also returned to the Court as undeliverable mail. (Dkt. No. 6).

      To date, Plaintiff has failed to provide the Court with his updated address and the Court's Orders have been returned to the Court as undeliverable. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than November 6, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of an updated address for Plaintiff in compliance with the Court's Order dated September 27, 2024, a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to comply with the Court's Order.

      If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-07698-DOC (AS) | Date | October 17, 2024 |
|---|---|---|---|
| Title | *James Johnson v. Los Angeles County Sheriff Department, et. al.,* | | |

    <u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

    **IT IS SO ORDERED.**

cc:    David O. Carter
       United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | LK |