UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 24-07698-DOC (AS) | Date | November 21, 2024 |
|---|---|---|---|
| Title | *James Johnson v. Los Angeles County Sheriff Department, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):**     **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On October 17, 2024, the Court issued an Order to Show Cause ("OSC") why this case should be dismissed with prejudice for failure to prosecute. (Dkt. No. 7). The Court noted that the orders issued in this case - a notice of assignment of this matter, (Dkt. No. 3), and an order requiring Plaintiff to provide the Court with his current address pursuant to Local Rule 41-6 within ten days (Dkt. No. 5), which were mailed to Plaintiff's address of record – were returned to the Court as undeliverable. (Dkt. Nos. 4, 6). On November 4, 2024, the OSC was returned to the Court as undeliverable. (Dkt. No. 10). On November 7, 2024, the Court issued a second order requiring Plaintiff to provide the Court with his current address and warned Plaintiff that failure to respond to the Order would result in a recommendation that his case be dismissed with prejudice. (Dkt. No. 11).

To date, Plaintiff has failed to provide the Court with his updated address and the Court's Orders have been returned to the Court as undeliverable. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than December 13, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the submission of an updated address for Plaintiff in compliance with the Court's Order dated November 7, 2024, a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to comply with the Court's Order.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| No. | CV 24-07698-DOC (AS) | Date | November 21, 2024 |
|---|---|---|---|
| Title | *James Johnson v. Los Angeles County Sheriff Department, et. al.,* | | |

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

**IT IS SO ORDERED.**

cc:   David O. Carter
      United States District Judge

|   | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |