JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMEHNT, AND ROBERT LUNA,<br><br>          Defendants. | Case No. CV 24-07698-DOC (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED:  January 22, 2025

_David O. Carter_
_____
          DAVID O. CARTER
UNITED STATES DISTRICT JUDGE